**Remon SHIELDS, Plaintiff—Appellant,**

v.

**Cheryl PLILER; et al., Defendants—Appellees.**

**No. 03–17066.**

United States Court of Appeals, Ninth Circuit.

Submitted May 10, 2004.*

Decided May 14, 2004.

Remon Shields, Represa, CA, pro se.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, KOZINSKI, and PAEZ, Circuit Judges.

MEMORANDUM **

Remon Shields, a California state prisoner, appeals pro se the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that his Eighth Amendment rights were violated by the California State Department of Corrections' ("Department") policy of housing in the general population prisoners who have been validated as members of "disruptive groups." We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a dismissal for failure to state a claim pursuant to 28 U.S.C. § 1915A, *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000), and we affirm.

The district court properly dismissed Shields' complaint because he failed to allege sufficient facts to show that the Department's housing policy poses a substantial risk of serious harm. *See Farmer v. Brennan*, 511 U.S. 825, 834, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994).

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).